DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DEPARTMENT OF CHILDREN AND FAMILIES,

Petitioner,

v.

VANESSA NICOLE CULLY and STATE OF FLORIDA,

Respondents.

No. 2D2025-2085

————————————————

January 14, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County; Pat Edward Siracusa, Judge.

Alicia Victoria Gonzalez, Tampa, for Petitioner.

James Uthmeier, Attorney General, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Respondent State of Florida.

PER CURIAM.

Denied.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.